**Barry Northcross PATTERSON, Plaintiff–Appellant,**

v.

**G. GREELEY, Dr.; S. Goldsmith, Apo, Defendants–Appellees.**

**No. 05–15235.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 20, 2009.

Filed April 29, 2009.

Bennett Evan Cooper, Steptoe & Johnson, LLP, Phoenix, AZ, for Plaintiff–Appellant.

Barry Northcross Patterson, Florence, AZ, pro se.

Paul Edward Carter, Assistant Attorney General, Office of the Arizona Attorney General, Tucson, AZ, for Defendants–Appellees.

ed by 9th Cir. R. 36–3.

Before: WALLACE, FARRIS and McKEOWN, Circuit Judges.

MEMORANDUM *

Barry Northcross Patterson, an Arizona prisoner, appeals from the district court's dismissal of his civil rights action for failure to exhaust administrative remedies, as required under the Prison Litigation Reform Act of 1995 ("PLRA"), 42 U.S.C. § 1997e(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Patterson concedes that *Ngo v. Woodford,* 539 F.3d 1108 (9th Cir.2008), forecloses the argument in his opening brief that he satisfied the exhaustion requirement. As to Patterson's claim that prison officials frustrated his ability to grieve, his conclusory pleadings and submissions are insufficient to survive a motion to dismiss for failure to exhaust administrative remedies. Patterson failed to link any alleged obstruction to his ability to grieve with the Eighth Amendment deliberate indifference claim at issue in this action.

**AFFIRMED.**

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.